IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01869-MSK-MJW

WILLIAM ALBERT O'NEIL,

       Plaintiff,

v.

ASSET ACCEPTANCE, LLC,
WOLPOFF & ABRAMSON, LLP, and
CAVALRY PORTFOLIO SERVICES, LLP,

       Defendants.

## ORDER DISMISSING DEFENDANTS
## ASSET ACCEPTANCE, L.L.C. and CAVALRY PORTFOLIO SERVICES, L.L.C.

THIS MATTER is before the Court upon a Stipulated Motion to Dismiss Defendants Asset Acceptance, L.L.C. and Cavalry Portfolio Services **(#26).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#26) is GRANTED**. All the claims asserted by Plaintiff William O'Neil against Defendants Asset Acceptance, L.L.C. and Cavalry Portfolio Services, L.L.C. are hereby dismissed with prejudice.

Dated this 12th day of January 2007

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge