IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01869-MSK-MJW

WILLIAM ALBERT O'NEIL,

Plaintiff(s),

v.

ASSET ACCEPTANCE, LLC, et al.,

Defendant(s).

_____

MINUTE ORDER

_____

It is hereby ORDERED that Defendant Wolpoff & Abramson, L.L.P.'s Motion for Protective Order (docket no. 35) is GRANTED finding good cause shown.  The parties are to meet and confer forthwith and clear a date for the requested deposition consistent with D.C.COLO.LCivR. 30.1B.  Each party shall pay their own attorney fees and costs for this motion.

Date: February 26, 2007