IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01869-MSK-MJW

WILLIAM ALBERT O'NEIL,

Plaintiff(s),

v.

ASSET ACCEPTANCE, LLC, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Leave to Amend (docket no. 45) is DENIED for failure to comply with D.C.COLO.LCivR 7.1 A.

Date: March 26, 2007