IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01869-MSK-MJW

WILLIAM ALBERT O'NEIL,

Plaintiff(s),

v.

ASSET ACCEPTANCE, LLC, et al.,

Defendant(s).

## MINUTE ORDER

On April 26, 2007, defendant filed a "Notice Withdrawing Motion for Protective Order (Docket Entry 49)." Counsel was directed to refile that document as a motion. (Docket No. 58). The exact same document, however, was filed rather than a motion. (Docket No. 59), although the docket entry was captioned as a motion. Therefore, that document was terminated and was to be redrafted and filed by counsel. (Docket No. 61). Almost three weeks have passed, however, and counsel has failed to redraft and file that document as directed. In view of the above history and defendant's apparent intent to withdraw the motion for protective order, it is hereby

ORDERED that the defendant's Motion for Protective Order (Docket No. 49) is denied without prejudice.

Date: May 17, 2007