# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  06-cv-01869-MSK-MJW | FTR |
| **Date:**  August 2, 2007 | Shelley Moore, Deputy Clerk |
| WILLIAM ALBERT O'NEIL, | Paul F. Miller |
| Plaintiff(s), | |
| v. | |
| WOLPOFF & ABRAMSON LLP, and PLATINUM FINANCIAL SERVICES, CORPORATION, | Bennett S. Aisenberg |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session 3:02 p.m.**

Court calls case.  Appearances of counsel.

3:03 p.m.   Mr. Aisenberg presents argument on Defendants' Motion in Limine.

3:04 p.m.   Mr. Miller states that he does not intend to testify during today's hearing, and therefore, the motion in limine is moot.

**ORDERED:**   Based upon statements of counsel, Defendants' Motion in Limine (document 87) is moot and therefore DENIED.

The Court will now hear testimony on Defendants' Motion to Enforce Settlement Agreement (document 62).

3:09 p.m.   Defendants call witness Ronald Abramson.  Witness is sworn.  Direct exam by Mr. Aisenberg.

Witness is directed to and identifies Defendants' Exhibits D1-D14, E, F, and G.

Defendants move for the admission of Defendants' Exhibits D1-D4, E, F, and G.  Mr. Miller makes objections. Objections are overruled.
**Defendants' Exhibits D1-D4 inclusive, E, F and G are ADMITTED.**

3:25 p.m.   Cross exam by Mr. Miller.

Witness is directed to and identifies Plaintiff's Exhibit 1.

3:54 p.m.       Redirect exam.

Witness is directed to and identifies Defendants' Exhibit I.

Defendants' move for the admission of Defendants' Exhibit I.  No objection.
**Defendants' Exhibit I is ADMITTED.**

3:57 p.m.       Recross exam by Mr. Miller.

Witness is excused.

3:58 p.m.       Defendants call witness Thomas Henning.  Witness is sworn.  Direct exam by Mr. Aisenberg.

Witness is directed to and identifies Defendants' Exhibit H.

Defendants move for the admission of Defendants' Exhibit H.  No objection.
**Defendants' Exhibit H is ADMITTED.**

4:02 p.m.       Cross exam by Mr. Miller.
No redirect.

Witness is excused.

4:04 p.m.       Defendants call witness John Phillips.  Witness is sworn.  Direct exam by Mr. Aisenberg.

Witness is directed to and identifies Defendants' Exhibits B1-B4.

Defendants move for the admission of Defendants' Exhibits A, B1-B4.  No objection.
**Defendants' Exhibits A, B1-B4 inclusive, are ADMITTED.**

Witness is directed to and identifies Defendants' Exhibits C and L.

Defendants move for the admission of Defendants' Exhibit L.  No objection.
**Defendants Exhibit L is ADMITTED.**

4:24 p.m.       Cross exam by Mr. Miller.
No redirect.

Witness is excused.

4:29 p.m.       Defendants call witness Ronald Cantor.  Witness is sworn.  Direct exam by Mr. Aisenberg.

Witness is directed and identifies Defendants' Exhibits G, I, J1-J3 inclusive, and K1-K7 inclusive.

4:45 p.m.      Cross exam by Mr. Miller.

Witness is directed to and identifies Plaintiff's Exhibit 2.

Plaintiff moves for the admission of Plaintiff's Exhibit 2. No objection.
**Plaintiff's Exhibit 2 is ADMITTED.**

Defendants move for the admission of Defendants' Exhibits J1-J3 inclusive, and K1-K7 inclusive.  No objection.
**Defendants' Exhibits J1-J3 inclusive, and K1-K7 inclusive, are ADMITTED.**

Witness is directed to and identifies Defendants' Exhibit L, and Plaintiff's Exhibit 1.

Plaintiff moves for the admission of Plaintiff's Exhibit 1.  No objection.
**Plaintiff's Exhibit 1 is ADMITTED.**

Defendant rests.

5:05 p.m.      Plaintiff calls witness William O'Neil.  Witness is sworn.  Direct exam by Mr. Miller.

5:08 p.m.      Cross exam by Mr. Aisenberg.

5:16 p.m.      Redirect exam by Mr. Miller.

Witness is excused.

Plaintiff rests.

Defendants rest.

5:18 p.m.      Mr. Aisenberg presents argument.

5:27 p.m.      Mr. Miller presents argument.

5:38 p.m.      Mr. Aisenberg presents rebuttal argument.

**ORDERED:**   Defendants' Motion to Enforce Settlement Agreement (document 62) is TAKEN UNDER ADVISEMENT.

**Court in recess 5:41 p.m.**
Total In-Court Time 2:39, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.